1056

[No. 45183-9-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RICHARD SCHMIDT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01587-4, Ronald L. Castleberry, J., entered August 16, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45305-0-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN HAMLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-06660-1, Joan E. DuBuque, J., entered September 13, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45315-7-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. J.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-03039-9, Carlos Velategui and Kimberly Prochnau, JJ. Pro Tem., and Laura C. Inveen, J., entered September 1, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45347-5-I. Division One. July 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL DAWSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-09975-1, Terence Lukens, J., entered September 14, 1999. *Dismissed* by unpublished per curiam opinion.